UNITED STATES COURT OF INTERNATIONAL TRADE                    FORM 7

| | |
|---|---|
| Blockstream USA Corporation<br><br>                              Plaintiff,<br>        v.<br>United States<br><br>                              Defendant. | Court No. 20-00149<br>and Attached Schedule |

NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses the action(s) listed on the attached schedule.

Dated: August 8, 2024
_____

/s/ Angela M. Santos
_____
Attorney for Plaintiff

1301 Avenue of the Americas, Fl. 42
_____
Street Address

New York, NY 10019
_____
City, State and Zip Code

212.484.3925
_____
Telephone No.

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 20-00149 | Blockstream USA Corp. | 5206-19-100146 | 87G00062679, 87G00062778, 87G00062786 |

Order of Dismissal

    The actions listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: __August 9, 2024__

Clerk, U. S. Court of International Trade

By: __/s/ Giselle Almonte__
Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)